UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TIMELINED, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CINJON RESNICK )<br>)<br>Defendant. )<br>_____ ) | Case No.:  9:14-cv-80973-DMM |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

In accordance with Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Timelined, LLC ("Timelined") hereby DISMISSES this action by notice WITHOUT PREJUDICE.  Defendant, Cinjon Resnick, has not filed an answer or a motion for summary judgment in this matter.  Each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 11, 2014

    /s/ C. Ryan Reetz
C. RYAN REETZ
Florida Bar No. 934062
BRYAN CAVE LLP
200 South Biscayne Blvd, Suite 400
Miami, FL 33131
Telephone: (786) 322-7370
Facsimile: (786) 322-7470
Ryan.Reetz@bryancave.com


Rudolph A. Telscher, Jr.*
email: rtelscher@hdp.com
David A. Nester*
Email: dnester@hdp.com
Daisy Manning*
Email: dmanning@hdp.com
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
314-726-7500
314-726-7501 Facsimile
*Pro Hac Vice*


*Attorneys for Plaintiff Timelined, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal Without Prejudice was served via the Court's electronic filing service on November 11, 2014, on all counsel of record, as shown in the following service list.

                                      /s/    C. Ryan Reetz

**<u>Service List</u>**

C. Ryan Reetz
Florida Bar No. 934062
Bryan Cave LLP
200 South Biscayne Blvd, Suite 400
Miami, FL 33131
Telephone: (786) 322-7370
Facsimile: (786) 322-7470

Attorney for Plaintiff Timelined, LLC

Rudolph A. Telscher, Jr.
David A. Nester
Daisy Manning
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
314-726-7500
314-726-7501 Facsimile

Attorneys for Plaintiff Timelined, LLC

A. Herbert Schwarz
Philip S. Kaprow
VOSE LAW FIRM LLP
324 W. Morse Boulevard
Winter Park, Florida 32789
Telephone: (407) 645-3735
Facsimile: (407) 628-5670

Attorney(s) for Cinjon Resnick